UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 17 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Gregory E. Newman, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08 0095 |
| ) | |
| Covert Action Air Operations and Satellite ) | |
| Operations Fl. Progress, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant the application and will dismiss the complaint as it is required to do if it determines that the action is frivolous. 28 U.S.C. § 1915(e)(2)(i).

Plaintiff, a Florida resident, complains about alleged "secrets of this country" involving criminal acts that he has kept for 45 years. He does not name a defendant capable of being sued. Plaintiff alleges that he tried to "copy a video tape of a magnetic tornado in [his] back yard. It will not play. It looks erased. I have done my best to keep this tape safe. I have lost over 100 light blubs [sic] shot out in the house and outside . . . . they are destroying evidence and witnesses of there [sic] crimes." Compl. at 3. He further alleges to have been a witness to "a meeting between the Catholic 'Vicar of Christ' and Dr. W.", that "the Christians" injected him with the AIDS virus, that he is "sick from other Christian diseases and energy devices . . .," *id.* at 4, that "the earth is a nuclear bomb," *id* at 5, and that "star wars does not work . . . it is away [sic] to steal trillions of dollars and abuse the people." *Id.* at 6. Plaintiff also complains about, *inter alia*, "being beamed on I-95" and not being allowed "to sleep at Wal Mart I-95 NC." *Id.* at 8.

3

Complaints that describe fantastic or delusional scenarios are subject to immediate dismissal. *See Neitzke v. Williams*, 490 U.S. 319, 328 (1989); *Best v. Kelly*, 39 F.3d 328, 330-31 (D.C. Cir. 1994). Moreover, a complaint may be dismissed as frivolous when it lacks "an arguable basis in law and fact," *Brandon v. District of Columbia Bd. of Parole*, 734 F.2d 56, 59 (D.C. Cir. 1984), or is based on "fanciful factual allegation[s]." *Neitzke*, 490 U.S. at 325. This complaint satisfies the foregoing conditions and therefore will be dismissed by separate Order issued contemporaneously.

_____
United States District Judge

Date: January ___, 2008