UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 17 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Gregory E. Newman,           )
                             )
        Plaintiff,           )
                             )
    v.                       )   Civil Action No.  08 0095
                             )
Covert Action Air Operations and Satellite )
Operations Fl. Progress,     )
                             )
        Defendants.          )

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 2nd day of January 2008,

ORDERED that plaintiff's application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that this action is DISMISSED with prejudice. This is a final appealable Order.

_____
United States District Judge